UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

                             22 MAG 1638

      -against-                    NOTICE OF APPEARANCE


VITALY BORKER
                Defendant.
_____

     PLEASE TAKE NOTICE that the undersigned has been retained by and appears for the Defendant this action and that all notices and other papers in this action be served upon the undersigned at the office address stated below.

Dated: March 10, 2022

                                      ___*LEO SHALIT*_____
                                      By: Leo Shalit, Esq
                                      Attorneys for Defendant
                                      45 Glen Cove Road
                                      Greenvale, New York 11548
                                      646.957.0009
                                      Leo@Shalit-law.com